# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| OCTAVIANO MAGANA, | ) | No. ED CV 12-81-JAK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MIKE McDONALD, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/19/2012

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE